UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,
:
:
   -v-
:               21-CR-352 (PAE)
:
MIGUEL COMPRES,
:               <u>SCHEDULING ORDER</u>
:
               Defendant.
:
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules pretrial conference in this case for **June 17, 2021** at **10:30 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                                                         *Paul A. Engelmayer*
Dated: June 9, 2021                                   PAUL A. ENGELMAYER
      New York, New York                   United States District Judge