

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2021

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Miguel Compres*, 21 Cr. 352 (PAE)**

Dear Judge Engelmayer:

The Government respectfully submits this letter on behalf of both parties in advance of the conference scheduled for August 31, 2021, at 10:30 A.M., and requests an adjournment of approximately thirty (30) days. There have been no prior requests for adjournments in this case.

The requested adjournment will permit additional time for ongoing discussions among the parties regarding a potential pretrial resolution of this matter. Accordingly, the Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from August 31 through the date of any newly-scheduled conference.[1] The Government has conferred with counsel for the defendant, who consents to the adjournment and exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: /s/
Jarrod L. Schaeffer
Assistant United States Attorney
Tel: (212) 637-2270

---

**GRANTED.** The conference is adjourned to September 30, 2021 at 10:30 a.m. For the reasons stated within, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until September 30, 2021. The Clerk of Court is requested to terminate the motion at Dkt. No. 19.

8/26/2021

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

[1] Pursuant to Rule 2.E of the Court's Individual Rules of Practice in Criminal Cases, the Government has separately submitted a proposed order excluding time under the Speedy Trial Act.