# THE VITALIANO LAW FIRM, PLLC

Michael E. Vitaliano, Esq.
1492 Victory Boulevard
Staten Island, New York 10301
michael@vitalianolawfirm.com

February 2, 2022

Hon. Paul A. Engelmayer
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Miguel Compres*
         Docket No.: 21-CR-352

Dear Judge Engelmayer:

I am retained counsel to Defendant Miguel Compres. Mr. Compres is scheduled for sentencing on February 17, 2022 at 10:30 a.m. I write to respectfully request a 45-day adjournment of the sentencing proceedings to April 4, 2022, or any further date convenient to Your Honor.

Since Mr. Compres' plea, I have been working hard to secure letters and documents on behalf of Mr. Compres. I have received numerous letters and have begun working on my submission for the Court. However, there are a few outstanding materials that are critical and beneficial to Mr. Compres that I need to obtain. I am hopeful to receive these documents within the next few weeks. Shortly thereafter,  I will be able to submit a fulsome sentencing submission incorporating these letters and documents for the Court's consideration under 18 U.S.C. §3553(a).

I have spoken to the government by A.U.S.A. Jarrod Schaffer, who has no objection to this request.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

/s/ *Michael Vitaliano*
Michael Vitaliano

cc:  AUSA Jarrod Schaffer (via ECF)
     AUSA Marguerite Colson (via ECF)

**GRANTED.** Sentencing is adjourned to April 7, 2022 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 32.

2/3/2022

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge